

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00084-CV
_____

IN THE INTEREST OF M.L.P., A CHILD

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 18-C-407

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See*

Tex. R. App. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.



Scott E. Stevens
Justice

Date Submitted:  February 10, 2020
Date Decided:  February 11, 2020